NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KNIGHTS FRANCHISE SYSTEMS, INC., a Delaware Corporation,<br><br>*Plaintiff,*<br><br>v.<br><br>ASHWINKUMAR PATEL, an individual; and KALAVATIBEN PATEL, an individual,<br><br>*Defendants.* | Civil Action No. 16-1707<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons stated in the accompanying opinion and for good cause shown,

IT IS on this 10th day of March, 2017,

**ORDERED** that Plaintiff's motion for default judgment (D.E. 7) is denied without prejudice; and it is further

**ORDERED** that the Clerk's entry of default is vacated; and it is further

**ORDERED** that Plaintiff's counsel shall serve a copy of this order on Defendants at their last known addresses.

John Michael Vazquez, U.S.D.J.